PAUL J. BORMAN 05-72229

AO 120 (Rev. 2/99)

| TO: Commissioner of Patents and Trademarks Washington, DC 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **MICHIGAN** on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. 05-72229 | DATE FILED 6/6/05 | U.S. DISTRICT COURT Eastern Dist. Southern Div. |
|---|---|---|
| PLAINTIFF Alstom Power Conversion, Inc. | | DEFENDANT David J. Blazevic MAGISTRATE JUDGE DONALD A. SCHEER |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  4,909,055 | March 20, 1990 | David T. Blazevic |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

U.S. DIST. COURT CL. EAST DIST. MICH. DETROIT-PSG '05 JUN -6 P 4:17 FILED

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

| CLERK David J Weaver | (BY) DEPUTY CLERK J. Estrada | DATE 6/6/05 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy